(March 5, 1953.)

(Republish.)

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. DIEFEN-DORF, Appellant.— Order unanimously reversed, the proceeding dismissed and the appellant discharged. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ. [See *ante*, p. 465.]

■

(March 10, 1953.)

■

BASSONS INDUSTRIES CORP., Appellant, v. AMERICAN BINDER COMPANY, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. MORAN, Appellant.— Defendant was convicted of crimes of extortion and the crime of conspiracy after a fair trial free from error. For the crimes of extortion he was sentenced to State prison for a term aggregating not less than twelve and one half years nor more than twenty-five years. That term was to be followed by an indeterminate sentence in the New York City Penitentiary on the conspiracy count. We do not think the punishment imposed for the extortions was excessive. However, the imposition of an indeterminate sentence on the conspiracy count under section 203 of article 7-A of the Correction Law for the purpose of reformation, to be served after the completion by defendant of the State prison sentence, appears somewhat incongruous. Judgment unanimously modified, in the exercise of discretion, by providing for a suspended sentence on the conspiracy count of the indictment, and in all other respects the judgment is affirmed. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of BERT TICHNER et al., on Behalf of Themselves and Various Tenants of 315 West 106th Street, Appellants, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, and CARNEGIE HILL REALTIES SECUR-ITIES, INC., Intervener, Respondent.— In view of the prior orders of the Federal Housing Director and Expediter, the order is unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.

■

In the Matter of HERMAN ALLHUSEN, Judgment-Creditor-Respondent, against LE GALION SALES CO. INC. et al., Judgment Debtors. SHERMAN BILLINGSLEY, Appellant.— The record is devoid of any satisfactory factual proof to justify authorization of an action under section 795 of the Civil Practice Act. Order unanimously reversed, with $20 costs and disbursements to the appellant against the moving judgment creditor, and the motion denied. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.